AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-6366

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jonathan Meer

was received by me on *(date)*  11/25/2014  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served Summons and Complaint on Jonathan Meer d/b/a Rider University, 2083 Lawrenceville Rd., Lawrenceville, NJ 08648 via U.S. certified mail (RR# 70100290000229607442) 11/20/2014. A copy is attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00  .

I declare under penalty of perjury that this information is true.

Date: 11/25/14

*Server's signature*

Matthew B. Weisberg, Esq.
*Printed name and title*

Weisberg Law
7 S. Morton Ave.
Morton, PA 19070
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Elaine_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Elaine Kacherty

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Jonathan Meer
d/b/a Rider University
2083 Lawrenceville Rd.
Lawrenceville, NJ 08648

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0002 2960 4772

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540