UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTGOMERY, et al., <br><br>         *Plaintiffs,* <br> v. <br><br> RIDER UNIVERSITY, et al., <br><br>         *Defendants*. | CIVIL ACTION NO. <br> 2:14-cv-06366 <br><br> Hon. Paul S. Diamond <br> United States District Judge |

**STIPULATION OF TIME TO ANSWER, PLEAD, OR OTHERWISE MOVE**

 Plaintiffs Erin Montgomery and Fred Montgomery ("Plaintiffs") and Defendant American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME International"), by and through their undersigned attorneys, hereby request that the Court approve their stipulation to extend by thirty (30) days the period for Defendant AFSCME International to answer, plead, or otherwise move in response to the Complaint.  No prior extension of time to respond to the Complaint has been granted.  Accordingly, Defendant AFSCME International shall respond to the Complaint by January 14, 2014.[1]

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Matthew B. Weisberg* <br> Matthew B. Weisberg <br> PA ID No. 85570 <br> Weisberg Law P.C. <br> 7 South Morton Ave. <br> Morton, PA 19070 <br> (610) 690-0801 <br> * signed with permission <br><br> *Attorney for Plaintiffs Erin and Fred Montgomery* | /s/ Matthew Stark Blumin <br> Matthew Stark Blumin <br> PA ID No. 209423 <br> American Federal of State, County <br> and Municipal Employees, AFL-CIO <br> 1101 17th Street NW, Suite 900 <br> Washington, DC 20036 <br> (202) 775-5900 <br><br> *Attorney for Defendant AFSCME International* |

---

[1] AFSCME International was served with the Complaint by mail on November 20, 2014. Accordingly, absent this stipulation, AFSCME International would have until Monday, December 15 to respond to the Complaint by operation of Federal Rules of Civil Procedure 12, 6(d), 5(b)(2)(C), and 6(a)(1)(C).