# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN MONTGOMERY, et al., : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 14-6366 |
| : | |
| RIDER UNIVERSITY, et al., : | |
| Defendants. : | |

_____

## **O R D E R**

**AND NOW,** this 10th day of December, 2014, upon consideration of Plaintiffs' and Defendant AFSCME International's Stipulation (Doc. No. 12), it is hereby **ORDERED** that AFSCME International shall respond to the Complaint (Doc. No. 1) **by January 14, 2015**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.