**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Erin Montgomery & Fred Montgomery, | : | |
| Individually & as h/w | : | |
| 708 Belmont Rd. | : | |
| Fairless Hills, PA 19030 | : | NO.: 14-6366 |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| | : | |
| Andrea Neale, et al. | : | **JURY TRIAL DEMANDED** |
| d/b/a Rider University | : | |
| 2083 Lawrenceville Rd. | : | |
| Lawrenceville, NJ 08648 | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 3rd day of March, 2015, upon consideration of Plaintiffs'

Motion for Enlargement of Time re: Motion to Dismiss (Docket No. 29), and any response

thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED, and

Plaintiffs may respond to Defendants' Motion within seven (7) days from the date of entry of this

Order.

**AND IT IS SO ORDERED.**

Mark A. Kearney                                    ,J.