**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office – Trenton, NJ**

ERIN MONTGOMERY, et al.

                        Plaintiff,

v.                                     Case No.: 3:15–cv–01840–FLW–DEA

                                            Judge Freda L. Wolfson

RIDER UNIVERSITY, et al.

                        Defenant.

**Dear Matthew S. Blumin:**

   Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                                    Very truly yours,

                                                    William T. Walsh, Clerk
                                                    By Deputy Clerk, mem