## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Erin Montgomery & Fred Montgomery, Individually & as h/w 708 Belmont Rd. Fairless Hills, PA 19030 | : : : : : | NO.: 15-1840 |
| Plaintiffs, v. | : : : : | |
| Andrea Neale, et al. d/b/a Rider University 2083 Lawrenceville Rd. Lawrenceville, NJ 08648 | : : : : : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

### **STIPULATION**

AND NOW this _____ day of _____, 2015, it is hereby STIPULATED and AGREED, by and between all pertinent parties, by and through their undersigned counsel, that Plaintiff is granted leave to file an Amended Complaint with 14 days from the date of entry of the below order.

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiffs

/s/ Carla N. Dorsi
Carla N. Dorsi, Esquire
Attorney for Defendants, Rider University, et al.

**AND IT IS SO ORDERED.**

_____
J.