# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

| | |
|---|---|
| Philadelphia County, Pennsylvania | *Matthew B. Weisberg*\*^ |
| 1500 Walnut St., Ste. 2000 | David A. Berlin^ |
| Philadelphia, PA 19102 | Chad B. Gordon^ |
| | Robert P. Cocco~+ |
| | |
| | *NJ & PA Office Manager |
| | ^Licensed in PA & NJ |
| Web-Site: www.weisberglawoffices.com | ~Licensed in PA |
| E-Mail: mweisberg@weisberglawoffices.com | +Of Counsel |

*Wednesday, July 15, 2015*

**Via ECF**
The Honorable Freda L. Wolfson

      RE:    Erin & Fred Montgomery v. Rider University, et al.
                  No.: 15-1840

Your Honor:

Pending before this Honorable Court is Defendants' Motion to Dismiss (Docket No. 55). Pursuant to Local Rule, Plaintiffs respectfully request this Honorable Court "roll over" Plaintiffs' response deadline to this motion to: August 3, 2015.  LR 7.1.

This is Plaintiffs' first request for automatic extension.  This request is timely.

Plaintiffs thank this Honorable Court for its consideration of this request for automatic response deadline enlargement.  If Your Honor requires anything further, Plaintiffs will, of course, abide this Court's directive.

                                              Sincerely,

                                              /s/ Matthew B. Weisberg
                                              MATTHEW B. WEISBERG

MBW/hcm
  Cc:    Kelly Ann Bird, Esq.
            Lindsay J. Jarusiewicz, Esq.
            Justin Schwam, Esq.
            (Via ECF)