**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                            **DATE:** February 22, 2016
**JUDGE** DOUGLAS E. ARPERT
**COURT REPORTER:** Digitally Recorded

**TITLE OF CASE:**                                    **DOCKET # 15-1840(FLW)**
ERIN MONTGOMERY
          vs.
RIDER UNIVERSITY

**APPEARANCES:**
David Berlin, Esq. for Plaintiff
Kelly Ann Bird, Esq. for Defendant

**Nature of Proceedings**:     SETTLEMENT CONFERENCE HELD.  Terms of the settlement placed on the record.


**Time Commenced: 4:16 P.M.**
**Time Adjourned: 4:26 P.M.**
**Total Time: (10)**

                                                         S/Charmaine D. Ellington
                                                           DEPUTY CLERK