<u>**Exhibit A**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIN MONTGOMERY and FRED MONTGOMERY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RIDER UNIVERSITY, et al.,<br><br>　　　　Defendants. | Civil Action No. 3:15-cv-01840-FLW-DEA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE & WITHOUT EXPENSES** |

**THIS MATTER** has been amicably resolved by all Parties, and it is stipulated and agreed that Plaintiffs' claims against Defendants be dismissed in their entirety with prejudice and without attorneys' fees and/or expenses against Defendants or Plaintiffs. This document closes the case.

By: _____
Matthew B. Weisberg, Esq.
David A. Berlin, Esq.
**WEISBERG LAW**
7 South Morton Avenue
Morton, PA 19070
Phone: 484-842-4030
Fax: (610) 690-0880
*Attorneys for Plaintiffs*

Dated: April 18, 2016

By: _____
Kelly Ann Bird, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel: (973) 596-4500
Fax: (973) 596-4545
*Attorneys for Defendants Rider University, Healy, Jacobs, Klim, Jarvis, Maidens, Meer, Soto and Disbrow*

Dated: 4/25, 2016